UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARBY JADE SMITH, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1206** |
| **CORRECT HEALTH, ET AL.** | **SECTION: "S"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss, Rec. Doc. 10, is **DENIED WITHOUT PREJUDICE AS MOOT**.

New Orleans, Louisiana, this 13th day of January, 2022.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE